UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY C. BIXLER,

        Plaintiff,                       No. C 08-0290 PJH (PR)

  vs.                                   **ORDER OF DISMISSAL**

Director of Corrections TILMAN and DOES 1-100,

        Defendants.
                                   /

       This pro se civil rights action was filed on January 16, 2008. On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had omitted page five of the form, the "Certificate of Funds in Inmate Account," and had not provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

       No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file. No fee is due.

       **IT IS SO ORDERED.**

Dated: March 4, 2008.

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\CR.08\BIXLER0290.DSIFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KELLY BIXLER,

        Plaintiff,

v.

DIRECTOR OF CORRECTIONS et al,

        Defendants.

Case Number: CV08-00290 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly C. Bixler H-85838
San Quentin State Prison
G #114
San Quentin, CA 94964

Dated: March 4, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk