UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY C. BIXLER,  |  |
|       Plaintiff, | No. C 08-0290 PJH (PR) |
|   vs. | **JUDGMENT** |
| Director of Corrections TILMAN and DOES 1-100, | |
|       Defendants.                / | |

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: March 4, 2008.

                                      PHYLLIS J. HAMILTON
                                  United States District Judge

G:\PRO-SE\PJH\CR.08\BIXLER0290.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KELLY BIXLER,

        Plaintiff,

  v.

DIRECTOR OF CORRECTIONS et al,

        Defendants.

Case Number: CV08-00290 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly C. Bixler H-85838
San Quentin State Prison
G #114
San Quentin, CA 94964

Dated: March 4, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk